UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION SHARE INVESTMENTS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PABLO A. GARCIA,<br><br>　　　　Defendant. | Case No. 4:17-cv-00253-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *Lion Share Investments, LLC v. Garcia*, 16-cv-05731-YGR.

　　　　IT IS SO ORDERED.

Dated: January 24, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge